IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| ADVANCED DISPLAYS IN PLASTIC, INC., | ) | Case No.: | 11-50961 |
| | ) | | |
| Debtor. | ) | Judge Carol A. Doyle | |

**AMENDED NOTICE OF FINAL APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES OF GENERAL COUNSEL
TO THE TRUSTEE AND FOR LIMITED NOTICE**

To:    Attached Service List

PLEASE TAKE NOTICE THAT ON **Thursday, November 7, 2013 at 11:00 a.m.** or as soon thereafter as Counsel may be heard, I shall present before the Honorable Judge Carol A. Doyle, or any Judge sitting in her stead, in **Courtroom 240** of the **Kane County Courthouse, 100 S. Third Street, Geneva, Illinois** the Final Application for Allowance of Compensation and Expenses of Counsel to the Trustee and for Limited Notice, at which time you may appear as you deem necessary.

Thomas E. Springer
SPRINGER BROWN, LLC
Wheaton Executive Center
400 S. County Farm Road, Ste. 330
Wheaton, IL 60187                           /s/ Thomas E. Springer
630-510-0000                                   Thomas E. Springer
tspringer@springerbrown.com

**CERTIFICATE OF SERVICE**

I, Thomas E. Springer, an attorney, on oath state that I caused to be served this Notice and proposed Order by mailing and/or electronically serving where available a copy to all parties shown and depositing same in the U.S. Mail at 400 S. County Farm Road, Illinois before 5:45 p.m. on **October 21, 2013** with proper postage prepaid.

/s/ Thomas E. Springer

## SERVICE LIST

### VIA ELECTRONIC SERVICE

Patrick S. Layng
United States Trustee
219 South Dearborn St.
Suite 873
Chicago, IL 60604

Safanda Law Firm
111 East Side Drive
Geneva, IL 60134

### VIA REGULAR MAIL

Uline Shipping Supplies
Uline2200 S. Lakeside Dr.
Waukegan, IL 60085

Wessels Sherman Joerg Liszka
Laverty Seneczko, PC
Wellels Sherman
601 Carlson Parkway, Ste 760
Minnetonka, MN 55305

Airgas North Central
10 W. 4th St.
Waterloo, IA 50701

FedEx Tech Connect Inc. as
Assignee of FedEx
Express/Ground/Freight
3965 Airways Blvd.,
Module G, 3rd Fl.
Memphis, TN 38116

Prairie State Packaging, Inc.
917 W. Wilson St., Box 511
Batavia, IL 60510

Blue Ribbon Fastener Co.
8220 Kimball Ave.
Skokie, IL 60076

Saw Stop, LLC
9564 SW Tualatin Road
Tualatin, OR 97062

McMaster-Carr Supply Company
POB 4355
Chicago, IL 60680

McCarthy & Trinka, Inc.
1000 Jorie Blvd., Ste. 10A
Hinsdale, IL 60521-2445

Diane and James Sullivan
1397 Spencer Lane
Batavia, IL 60510

FedEx Trade Networks Transport
& Brokerage (Canada) Inc.
7075 Ordan Drive, Mississauga
ON Canada L5T 1K6

Fastenal Company
2001 Theurer Blvd.
POB 978
Winona, MN 55987

Illinois Bell Telephone
Company % AT&T Services, Inc.
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

Parallel Employment Group of
Illinois, Inc.
Maggie Scherr
1126 S. 70th St., Suite S406A
West Allis, WI 53214

Ronald M. & Mary J. Clark
400 N. Raddant Rd.
Batavia, IL 60510

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | Chapter: | 7 |
| | ) | | |
| ADVANCED DISPLAYS IN PLASTIC, INC., | ) | Case No.: | 11-50961 |
| | ) | | |
| Debtor. | ) | Judge Carol A. Doyle | |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF GENERAL COUNSEL TO THE TRUSTEE
AND FOR LIMITED NOTICE**

**Cover Sheet for Application for Professional Compensation**

Name of Applicant(s):  **Thomas E. Springer, Esq. and the firm of Springer Brown, LLC**

Authorized to Provide Professional Services to:   **Thomas E. Springer, Trustee of the Estate of Advanced Displays in Plastic, Inc., Chapter 7 Bankruptcy No. 11-50961**

Date of Order Authorizing Employment:   **February 9, 2012**

Period for which Compensation is Sought:   **February 4, 2012 through September 6, 2013**

Amount of Fees Sought:   **$ 12,181.00**

Amount of Expense Reimbursement Sought:   **$   849.13**

This is an:   Interim Application _____   Final Application  **X**

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$_____-0-_____.

In re: Advanced Displays in Plastics, Inc.,
Chapter 7 No. 11-50961
Cover Sheet for Application for Professional Compensation by Trustee's General Counsel
(PAGE TWO of TWO)

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney | $350.00 | 5.9 | $ 2,065.00 |
| Michele M. Springer, Attorney | $325.00 | 9.6 | $ 3,120.00 |
| Joshua D. Greene, Attorney | $300.00 | 6.6 | $ 1,980.00 |
| Meredith S. Fox, Attorney | $285.00 | 17.6 | $ 5,016.00 |
| | TOTALS | 39.7 | $12,181.00 |

**A Summary and Total of Fee Application Categories is Attached hereto.**

DATE: September 6, 2013         APPLICANT:
                                Thomas E. Springer
                                Counsel to Trustee Thomas E. Springer

                                By:   /s/ Thomas E. Springer
                                      Thomas E. Springer
                                      One of His Attorneys

Thomas E. Springer
SPRINGER, BROWN, COVEY, GAERTNER & DAVIS, LLC
Wheaton Executive Center
400. S. County Farm Road, Ste. 330
Wheaton, IL 60187
(630) 510-0000

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter:  7 |
| | ) | |
| ADVANCED DISPLAYS IN PLASTIC, INC., | ) | Case No.:   11-50961 |
| | ) | |
| Debtor. | ) | Judge Carol A. Doyle |

**FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR GENERAL COUNSEL TO THE TRUSTEE AND FOR LIMITED NOTICE**

**NOW COMES** Thomas E. Springer, Esq. and the firm of SPRINGER BROWN, LLC, (hereinafter "Applicant") as duly authorized counsel to the Trustee, THOMAS E. SPRINGER, (hereinafter "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered as counsel to the Trustee, pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and for Limited Notice, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from February 4, 2012 through September 6, 2013. The Application represents 39.7 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation. This Application seeks approval of legal fees in the amount of $12,181.00 and $849.13 for actual and necessary unreimbursed expenses.

The Debtor initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on January 23, 2009 and Thomas E. Springer was appointed as the Chapter 7 Trustee herein. On April 2, 2009, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant is competitive with the rates charged in this market by professionals with similar skills and

experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II. CASE STATUS and NARRATIVE OF LEGAL SERVICES

Applicant represented and advised the Trustee on the matters relating to this bankruptcy case. The Applicant has provided a general description of the tasks performed, results achieved and benefit to the estate; and detailed time records in chronological order for each matter with Applicant's time attached hereto Exhibit A. Each professional task for which Applicant seeks compensation is separated into the following three categories:

A. Employment of Professional Persons and Preparation of Fee Applications;

B. Asset Analysis and Disposition: Investigation/Collection of Accounts Receivable investigation/collection and accounting of Debtor's bank accounts and abandonment/destruction of the Debtor's records;

C. Claims Objections.

The following narrative description of the project categories explains the necessity and benefit to the estate of each service category and the status of those issues, including all pending litigation:

### A. Employment of Professional Persons and Preparation of Fee Applications
**Time Expended: 11.8 hours; Amount requested: $3,722.50**

This category includes services related to the employment of Applicant as counsel to the Trustee, employment of Patrick Shaw and McGladrey as Accountant to the Trustee, Employment of Jones, Sager, Haines and Co. as Accountants *nunc pro tunc* to complete wage payroll/taxes, preparation of the Fee Application for McGladrey and preparation of the current Fee Application. Employment of all above professionals for the Trustee was necessary for the prompt and efficient liquidation of the estate and has contributed to the successful administration of this estate.

### B. Asset Analysis and Disposition: Investigation/Collection of Accounts Receivable and Accounting of Debtor's bank accounts and

**abandonment/destruction of the Debtor's records**

**Time Expended:  23.7 hours; Amount requested:  $7,068.50**

This category includes services related to the investigation and collection of the Debtor's outstanding accounts receivable, accounting of the Debtor's bank statements and abandonment/destruction of the Debtor's books and records.  Applicant reviewed the Debtor's outstanding accounts receivable and sent demand letters to twelve of said account receivables.  Applicant collected over $29,000.00 in accounts receivable without having to file the prepared adversary complaints.  Applicant drafted a Motion to Approve Compromise/Settlement with Black Box Productions and on October 11, 2012, this Court entered an Order approving the settlement.

Additionally, it was necessary for Applicant to abandon and destroy the Debtor's records which were in a storage facility as said books and records contained payroll records and former employee records.  After the Trustee retrieved all needed financial books and records, Applicant drafted a Motion to Abandon and destroy the remainder of the remaining documents as continued maintenance, payment of storage, and/or moving of the records for continued storage was an unnecessary burden to the bankruptcy estate.  On November 1, 2012, this Court entered the Order approving the Motion to Abandon and Destroy the documents.

C.    **Claims Objections**

**Time Expended:  4.2 hours; Amount requested:  $1,390.00**

The Trustee reviewed the claims filed and supporting documents thereto.  Objections to three claims were necessary.  Applicant drafted the Objections and on July 25, 2013, Orders reclassifying two of the claims from priority to unsecured claims were entered by this Court and the Objection to third claim was withdrawn as claimant provided the documents necessary to support the claim.

Trustee's counsel herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A" and an itemization of the reasonable and necessary expenses Applicant incurred are also attached as Exhibit B.  Applicant's request for reimbursement of expenses does not include any of the ordinary operating expenses of Applicant's practice of law.  Applicant is requesting reimbursement of photocopy charges at the rate of 10¢ per copy.  Applicant's expense request does not include any long distance telephone service charges.

### III. REQUEST FOR LIMITED NOTICE

Pursuant to FRBP 2002, the Trustee requests that notice be limited to parties in interest and those creditors that have filed proofs of claim.  The bar date for filing claims was March 5, 2007.

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $12,181.00 and expenses in the amount of $849.13 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein and approving the limited Notice to parties in interest and creditors that filed proofs of claim for any such other and further relief as this Court deems just and equitable.

DATE: September 6, 2013

Respectfully Submitted,
APPLICANT
Thomas E. Springer, Trustee
BY: Springer Brown, LLC

By:___/s/ Thomas E. Springer_____
    Thomas E. Springer
    One of His Attorneys

Thomas E. Springer
Springer Brown, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL  60187
 (630) 510-0000