# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § § | |
| ADVANCED DISPLAYS IN PLASTIC, INC. | § § | Case No. 11-50961 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
    CLERK OF THE U.S. BANKRUPTCY COURT
    219 S. DEARBORN STREET
    CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 12/19/2013 in Courtroom 240,
    United States Courthouse
    Old Kane County Courthouse
    100 S. Third Street, Geneva, IL  60134

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
ADVANCED DISPLAYS IN PLASTIC, § Case No. 11-50961
INC. §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 99,348.55 |
| and approved disbursements of | $ | 16,345.98 |
| leaving a balance on hand of[1] | $ | 83,002.57 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 8,217.43 | $ 0.00 | $ 8,217.43 |
| Attorney for Trustee Fees: Springer Brown, LLC | $ 12,181.00 | $ 12,181.00 | $ 0.00 |
| Attorney for Trustee Expenses: Springer Brown, LLC | $ 849.13 | $ 849.13 | $ 0.00 |
| Accountant for Trustee Fees: MCGLADREY, LLP | $ 1,390.00 | $ 0.00 | $ 1,390.00 |
| Other: International Sureties, Ltd. | $ 103.67 | $ 103.67 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 9,607.43 |
| Remaining Balance | | $ | 73,395.14 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 309,082.99 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 23.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Uline Shipping Supplies | $ 45.69 | $ 0.00 | $ 10.85 |
| 2 | FedEx Tech Connect Inc as Assignee | $ 14,361.07 | $ 0.00 | $ 3,410.19 |
| 3 | Diane and James Sullivan | $ 13,540.22 | $ 0.00 | $ 3,215.28 |
| 4 | McMaster-Carr Supply Company | $ 1,384.56 | $ 0.00 | $ 328.78 |
| 5 | Airgas North Central | $ 593.71 | $ 0.00 | $ 140.98 |
| 6 | FedEx Trade Networks Transport & Brokerage | $ 1,321.79 | $ 0.00 | $ 313.87 |
| 7 | Wessels Sherman Joerg Liszka Laverty | $ 600.00 | $ 0.00 | $ 142.48 |
| 8 | Prairie State Packaging, Inc. | $ 7,503.91 | $ 0.00 | $ 1,781.89 |
| 9 | Blue Ribbon Fastener Co. | $ 248.00 | $ 0.00 | $ 58.89 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | McCarthy & Trinka, Inc. | $ 26,536.00 | $ 0.00 | $ 6,301.26 |
| 11 | Fastenal Company | $ 656.13 | $ 0.00 | $ 155.81 |
| 12 | Saw Stop, LLC | $ 162.57 | $ 0.00 | $ 38.60 |
| 13 | Illinois Bell Telephone Company | $ 946.74 | $ 0.00 | $ 224.81 |
| 14 | Parallel Employment Group of Illinois Inc | $ 5,619.60 | $ 0.00 | $ 1,334.44 |
| 15 | Ronald M. & Mary J. Clark | $ 235,563.00 | $ 0.00 | $ 55,937.01 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 73,395.14 |
| Remaining Balance | $ 0.00 |

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*

*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-50961-CAD
Advanced Displays in Plastic, Inc.                                    Chapter 7
         Debtor         **CERTIFICATE OF NOTICE**

District/off: 0752-1           User: dwilliams           Page 1 of 2           Date Rcvd: Nov 20, 2013
                               Form ID: pdf006           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2013.
```
db          +Advanced Displays in Plastic, Inc.,    POB 1166,    Batavia, IL 60510-6166
18282658     AAA Day & Noght Express, Inc.,    % Belcorp Fin. Srvs.,    POB 250,    Hinsdale, IL 60522-0250
18282659     Airgas North Central,    POB 802588,    Chicago, IL 60680-2588
18430201    +Airgas North Central,    10 W 4th St,    Waterloo, IA 50701-5428
18282661    +Blue Ribbon Fastener Co.,    8220 Kimball Ave.,    Skokie, IL 60076-2976
18282662    +Camlock Systems, Inc.,    53 Railroad Ave.,    Southington, CT 06489-3502
18282663     Chicago Suburban Express, Inc.,    POB 399569,    Chicago, IL 60638
18282664    +City of Batavia,    100 N. Island,    Batavia, IL 60510-1972
18282665    +Custom Companies,    POB 3270,    Melrose Park, IL 60164-8270
18282667    +Denice A. Gierach,    % Ronald & Mary Clark,    1776 Legacy Circle, Ste. 104,
              Naperville, IL 60563-1673
18408531    +Diane and James Sullivan,    1397 Spencer Lane,    Batavia, IL 60510-5151
18282668    +Duraco, Inc.,    15328 Collections Center Dr.,    Chicago, IL 60693-0100
18282669    +E&T Plastics,    45-45 37th St.,    Long Island City, NY 11101-1801
18282670    +Evans Transportation Serv.,    21755 Gateway Rd.,    Brookfield, WI 53045-5137
18405160    +FedEx Tech Connect Inc as Assignee,    of FedEx Express/Ground/Freight,
              3965 Airways Blvd, Module G, 3rd Floor,    Memphis, Tennessee 38116-5017
18433847     FedEx Trade Networks Transport & Brokerage,    (Canada) Inc.,    7075 Ordan Drive, Mississauga,,
              ON Canada L5T 1K6
18282672     Federal Express,    POB 94515,    Palatine, IL 60094-4515
18282674     Federal Express Trade Networks Can,    T10007C/U POB 10007 Post. Station A,
              Toronto, ON MSW 2B1 CANADA
18282676    +Hoscheit & McGuirk, PC,    John Hoscheit,    1001 E. Main St., Ste. B,
              Saint Charles, IL 60174-2203
18282677    +J&J Industries, Inc.,    107 Gateway Rd.,    Bensenville, IL 60106-1950
18282678    +Jones, Sager, Haines & Company,    1001 E. Main St., Ste. B,    Saint Charles, IL 60174-2203
18282679     Laird Plastics,    75 Remittance Dr., Ste. 2720,    Chicago, IL 60675-2720
18282680    +Macke Water Systems,    POB 545,    Wheeling, IL 60090-0545
18282681    +McCarthy & Trinka, Inc.,    1000 Jorie Blvd., Ste. 10A,    Hinsdale, IL 60523-2281
18282682    +McMaster-Carr Supply Company,    POB 4355,    Chicago, IL 60680-4355
18282685    +Outwater Plastics, Inc.,    POB 500,    Bogota, NJ 07603-0500
18282686    +Parallel Employment Group of Illinois Inc,    Maggie Scherr,    1126 S. 70th Street Suite S406A,
              West Allis, WI 53214-3124
18282687     Piedmont Plastics, Inc.,    POB 890216,    Charlotte, NC 28289-0216
18282688     Pitney Bowes Global Finance,    POB 371887,    Pittsburgh, PA 15250-7887
18282689    +Prairie State Packaging, Inc.,    917 W. Wilson St., Box 511,    Batavia, IL 60510-1605
18282690    +Primex, Inc.,    N3211 County Road H,    POB 194,    Lake Geneva, WI 53147-0194
18282692     Purchase Power,    POB 371874,    Pittsburgh, PA 15250-7874
18282693     Randall Displays, Inc.,    POB 3027,    Naperville, IL 60566-7027
18282694    +Ronald M. & Mary J. Clark,    400 N. Raddant Rd.,    Batavia, IL 60510-4205
18282695     Sabic Polymershapes,    24482 Network Place,    Chicago, IL 60673-1244
18282696    +Saw Stop, LLC,    9564 SW Tualatin Road,    Tualatin, OR 97062-8499
18282697    +Source One Office Products,    380 Production Dr.,    South Elgin, IL 60177-2637
18282698    +Stencil Aire/Laser Excel,    POB 279,    Green Lake, WI 54941-0279
18282699    +Tech Pro,    318 Anderson Blvd.,    Geneva, IL 60134-1206
18282700     Total Plastics, Inc.,    23559 Network Place,    Chicago, IL 60673-1235
18282703     Veolia Environmental Serv.,    POB 6484,    Carol Stream, IL 60197-6484
18282705    +Wessels Sherman,    2035 Foxfield Rd.,    Saint Charles, IL 60174-5748
18449590    +Wessels Sherman Joerg Liszka Laverty,    Seneczko, PC,    Wessels Sherman,
              601 Carlson Parkway Suite 760,    Minnetonka, MN 55305-5231
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18282657    +E-mail/Text: katie@acplasticsinc.com Nov 21 2013 01:19:26     A&C Plastics, Inc.,
              6135 Northdale,   Houston, TX 77087-5095
18282660     E-mail/Text: g17768@att.com Nov 21 2013 01:18:15     AT&T,   POB 8100,   Aurora, IL 60507-8100
18282666    +E-mail/Text: lsedensky@daytonfreight.com Nov 21 2013 01:18:45     Dayton Freight Lines, Inc.,
              POB 340,   Vandalia, OH 45377-0340
18282671    +E-mail/Text: legal@fastenal.com Nov 21 2013 01:18:42     Fastenal Company,    2001 Theurer Blvd,
              POB 978,   Winona, MN 55987-0978
18752226    +E-mail/Text: g17768@att.com Nov 21 2013 01:18:15     Illinois Bell Telephone Company,
              % AT&T Services, Inc,    James Grudus, Esq.,   One AT&T Way, Room 3A218,
              Bedminster, NJ 07921-2693
18282683     E-mail/Text: adavidson@nazdar.com Nov 21 2013 01:19:06     Nazdar Company-Midwest,    POB 71121,
              Chicago, IL 60694-1121
18282684     E-mail/Text: bankrup@aglresources.com Nov 21 2013 01:18:00     Nicor,   POB 416,
              Aurora, IL 60568-0001
18282701    +E-mail/Text: ulinecollections@uline.com Nov 21 2013 01:20:00     Uline Shipping Supplies,    Uline,
              2200 S. Lakeside Dr.,   Waukegan, IL 60085-8311
18282702     E-mail/Text: bennettm@usplastic.com Nov 21 2013 01:18:38     United States Plastic Corp.,
              1390 Neubrecht Rd.,   Lima, OH 45801-3196
                                                                                              TOTAL: 9
```

```
District/off: 0752-1          User: dwilliams              Page 2 of 2                  Date Rcvd: Nov 20, 2013
                              Form ID: pdf006              Total Noticed: 52
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18282675    ##Home Depot Credit Services,    POB 6031,    The Lakes, NV 88901-6031
18282691    ##+Producers Chemical Co.,    1355 S. River St.,    Batavia, IL 60510-9648
18282704    ##+Watson Graphics, Inc.,    901 Hawthorne Lane,    West Chicago, IL 60185-6313
                                                                                              TOTALS: 0, * 0, ## 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2013 at the address(es) listed below:
              Carl F. Safanda, Esq   on behalf of Debtor   Advanced Displays in Plastic, Inc. rsafanda@xnet.com
              Denice   Gierach    on behalf of Creditor Ronald & Mary   Clark deniceg@gierachlawfirm.com
              Joshua D. Greene    on behalf of Trustee Thomas E Springer jgreene@springerbrown.com
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas E Springer    on behalf of Accountant Patrick T Shaw tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Thomas E Springer     tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                             TOTAL: 8