# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADVANCED DISPLAYS IN PLASTIC, INC. | § | Case No. 11-50961 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $          (see **Exhibit 2**), yielded net receipts of $                  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on         . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE _____
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|------|------|------|------|------|
| THOMAS E. SPRINGER, TRUSTEE | | | | | |
| International Sureties, Ltd. | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| BANK OF AMERICA | | | | | |
| Springer Brown, Llc | | | | | |
| Springer Brown, Llc | | | | | |
| JONES, SAGER, HAINES & CO., LLP | | | | | |
| MCGLADREY, LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A&C Plastics, Inc. 6135 Northdale Houston, TX 77087-5034 | | | | | |
| | AAA Day & Noght Express, Inc. % Belcorp Fin. Srvs. POB 250 Hinsdale, IL 60522-0250 | | | | | |
| | AT&T POB 8100 Aurora, IL 60507-8100 | | | | | |
| | Airgas North Central POB 802588 Chicago, IL 60680-2588 | | | | | |
| | Blue Ribbon Fastener Co. 8220 Kimball Ave. Skokie, IL 60076 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Camlock Systems, Inc. 53 Railroad Ave. Southington, CT 06489 | | | | | |
| | Chicago Suburban Express, Inc. POB 399569 Chicago, IL 60638 | | | | | |
| | City of Batavia 100 N. Island Batavia, IL 60510-1930 | | | | | |
| | Custom Companies POB 3270 Melrose Park, IL 60164-3270 | | | | | |
| | Dayton Freight Lines, Inc. POB 340 Vandalia, OH 45377 | | | | | |
| | Denice A. Gierach % Ronald & Mary Clark 1776 Legacy Circle, Ste. 104 Naperville, IL 60563 | | | | | |
| | Duraco, Inc. 15328 Collections Center Dr. Chicago, IL 60693 | | | | | |
| | E&T Plastics 45-45 37th St. Long Island City, NY 11101 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Evans Transportation Serv. 21755 Gateway Rd. Brookfield, WI 53045 | | | | | |
| | Fastenal POB 978 Winona, MN 55987-0978 | | | | | |
| | Federal Express POB 94515 Palatine, IL 60094-4515 | | | | | |
| | Federal Express Trade Networks Can T10007C/U POB 10007 Post. Station A Toronto, ON MSW 2B1 CANADA | | | | | |
| | Home Depot Credit Services POB 6031 The Lakes, NV 88901-6031 | | | | | |
| | Hoscheit & McGuirk, PC John Hoscheit 1001 E. Main St., Ste. B Saint Charles, IL 60174 | | | | | |
| | J&J Industries, Inc. 107 Gateway Rd. Bensenville, IL 60106 | | | | | |
| | Jones, Sager, Haines & Company 1001 E. Main St., Ste. B Saint Charles, IL 60174 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Laird Plastics 75 Remittance Dr., Ste. 2720 Chicago, IL 60675-2720 | | | | | |
| | Macke Water Systems POB 545 Wheeling, IL 60090 | | | | | |
| | McCarthy & Trinka, Inc. 1000 Jorie Blvd., Ste. 10A Hinsdale, IL 60521-2445 | | | | | |
| | McMaster-Carr Supply Co. POB 7690 Chicago, IL 60680-7690 | | | | | |
| | Nazdar Company-Midwest POB 71121 Chicago, IL 60694-1121 | | | | | |
| | Nicor POB 416 Aurora, IL 60568-0001 | | | | | |
| | Outwater Plastics, Inc. POB 500 Bogota, NJ 07603 | | | | | |
| | Parallel Employment Group 11216 S. 70th St., Ste. S406A Milwaukee, WI 53214 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Piedmont Plastics, Inc. POB 890216 Charlotte, NC 28289-0216 | | | | | |
| | Pitney Bowes Global Finance POB 371887 Pittsburgh, PA 15250-7887 | | | | | |
| | Prairie State Packaging, Inc. 917 W. Wilson St., Box 511 Batavia, IL 60510 | | | | | |
| | Primex, Inc. N3211 County Road H POB 194 Lake Geneva, WI 53147 | | | | | |
| | Producers Chemical Co. 1355 S. River St. Batavia, IL 60510 | | | | | |
| | Purchase Power POB 371874 Pittsburgh, PA 15250-7874 | | | | | |
| | Randall Displays, Inc. POB 3027 Naperville, IL 60566-7027 | | | | | |
| | Ronald M. & Mary J. Clark 400 N. Raddant Rd. Batavia, IL 60510 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sabic Polymershapes 24482 Network Place Chicago, IL 60673-1244 | | | | | |
| | Saw Stop, LLC 9564 Tualatin Rd. Tualatin, OR 97062 | | | | | |
| | Source One Office Products 380 Production Dr. South Elgin, IL 60177 | | | | | |
| | Stencil Aire/Laser Excel POB 279 Green Lake, WI 54941 | | | | | |
| | Tech Pro 318 Anderson Blvd. Geneva, IL 60134 | | | | | |
| | Total Plastics, Inc. 23559 Network Place Chicago, IL 60673-1235 | | | | | |
| | Uline 2200 S. Lakeside Dr. Waukegan, IL 60085 | | | | | |
| | United States Plastic Corp. 1390 Neubrecht Rd. Lima, OH 45801-3196 | | | | | |
| | Veolia Environmental Serv. POB 6484 Carol Stream, IL 60197-6484 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Watson Graphics, Inc. 901 Hawthorne Lane West Chicago, IL 60185 | | | | | |
| | Wessels Sherman 2035 Foxfield Rd. Saint Charles, IL 60174 | | | | | |
| 5 | Airgas North Central | | | | | |
| 9 | Blue Ribbon Fastener Co. | | | | | |
| 3 | Diane And James Sullivan | | | | | |
| 11 | Fastenal Company | | | | | |
| 2 | Fedex Tech Connect Inc As Assignee | | | | | |
| 6 | Fedex Trade Networks Transport & Br | | | | | |
| 13 | Illinois Bell Telephone Company | | | | | |
| 10 | McCarthy & Trinka, Inc. | | | | | |
| 4 | McMaster-Carr Supply Company | | | | | |
| 14 | Parallel Employment Group Of Illino | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | Prairie State Packaging, Inc. | | | | | |
| 15 | Ronald M. & Mary J. Clark | | | | | |
| 12 | Saw Stop, Llc | | | | | |
| 1 | Uline Shipping Supplies | | | | | |
| 7 | Wessels Sherman Joerg Liszka Lavert | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit 8

| Case No: | 11-50961 | CAD | Judge: Carol A. Doyle |
| Case Name: | ADVANCED DISPLAYS IN PLASTIC, INC. | | |

For Period Ending:  05/13/14

| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Date Filed (f) or Converted (c): | 12/21/11 (f) |
| 341(a) Meeting Date: | 01/30/12 |
| Claims Bar Date: | 04/13/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BMO Harris, Checking, Batavia, IL | 80,000.00 | 0.00 | | 69,457.48 | FA |
| 2. Sec. Dep. Landlord | 20,000.00 | 0.00 | | 0.00 | FA |
| Rent applied/set-off by landlord against pre-petition rent owing which was in excess of $58,000.00 | | | | | |
| 3. Accounts Receivable | 106,000.00 | 75,000.00 | | 29,891.07 | FA |
| 4. Some pallets, work tables, trash barrels | 0.00 | 0.00 | | 0.00 | FA |

|  | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $206,000.00 | $75,000.00 | | $99,348.55 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/15/14      Current Projected Date of Final Report (TFR): 03/15/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

Ver: 17.05c

FORM 2          Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**          Exhibit 9

| Case No: | 11-50961 -CAD | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | ADVANCED DISPLAYS IN PLASTIC, INC. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******9437 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0563 | | | |
| For Period Ending: | 05/13/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 08/31/12 | | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 90,991.30 | | 90,991.30 |
| | 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.48 | 90,940.82 |
| | 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 57.94 | 90,882.88 |
| | 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 56.03 | 90,826.85 |
| | 12/13/12 | 3 | BlackBox Productions Inc. 13225 NE Whitaker Way Portland, OR 97230 | Collected Receivables | 1221-000 | 7,700.00 | | 98,526.85 |
| | 12/14/12 | 100000 | Jones, Sager, Haines & Co., LLP 1001 East Main Street, Suite B St. Charles, IL 60174 | Fees pursuant to court order | 3410-000 | | 1,202.50 | 97,324.35 |
| | 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 60.87 | 97,263.48 |
| | 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 144.76 | 97,118.72 |
| * | 02/26/13 | 100001 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | | 2300-004 | | 103.67 | 97,015.05 |
| * | 02/26/13 | 100001 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | 2300-004 | | -103.67 | 97,118.72 |
| | 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 130.42 | 96,988.30 |
| | 03/19/13 | 100002 | International Surities, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | | 2300-000 | | 103.67 | 96,884.63 |
| | 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 144.16 | 96,740.47 |
| | 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 139.17 | 96,601.30 |
| | 06/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.62 | 96,457.68 |

Page Subtotals          98,691.30          2,233.62

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*          Ver: 17.05c

Page:    2

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:          11-50961  -CAD
Case Name:     ADVANCED DISPLAYS IN PLASTIC, INC.

Trustee Name:          THOMAS E. SPRINGER, TRUSTEE
Bank Name:               ASSOCIATED BANK
Account Number / CD #:     *******9437  CHECKING ACCOUNT

Taxpayer ID No: *******0563
For Period Ending: 05/13/14

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 138.78 | 96,318.90 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 143.21 | 96,175.69 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 142.99 | 96,032.70 |
| 11/12/13 | 100003 | Springer Brown, LLC Wheaton Executive Center 400 South County Farm Road Suite 330 Wheaton, IL 60187 | Attorney Fees | | | 13,030.13 | 83,002.57 |
| | | | Fees            12,181.00 | 3110-000 | | | |
| | | | Expenses          849.13 | 3120-000 | | | |
| 01/03/14 | 100004 | THOMAS E. SPRINGER, TRUSTEE 400 S. County Farm Road Suite 330 Wheaton, IL  60187 | Chapter 7 Compensation/Expense | 2100-000 | | 8,217.43 | 74,785.14 |
| 01/03/14 | 100005 | MCGLADREY, LLP 1252 Bell Valley Road Suite 300 PO Box 5365 Rockford, IL  61108 | Accountant for Trustee Fees (Other | 3410-000 | | 1,390.00 | 73,395.14 |
| 01/03/14 | 100006 | Uline Shipping Supplies Uline 2200 S. Lakeside Dr. Waukegan, IL 60085 | Claim 1, Payment 23.74699% | 7100-000 | | 10.85 | 73,384.29 |
| 01/03/14 | 100007 | McCarthy & Trinka, Inc. 1000 Jorie Blvd., Ste. 10A Hinsdale, IL 60521-2445 | Claim 10, Payment 23.74608% | 7100-000 | | 6,301.26 | 67,083.03 |
| 01/03/14 | 100008 | Fastenal Company 2001 Theurer Blvd POB 978 Winona, MN 55987 | Claim 11, Payment 23.74682% | 7100-000 | | 155.81 | 66,927.22 |

Page Subtotals          0.00          29,530.46

Ver: 17.05c

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-50961  -CAD |
| Case Name: | ADVANCED DISPLAYS IN PLASTIC, INC. |
| Taxpayer ID No: | *******0563 |
| For Period Ending: | 05/13/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9437  CHECKING ACCOUNT |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/03/14 | 100009 | Saw Stop, LLC<br>9564 SW Tualatin Road<br>Tualatin, OR 97062 | Claim 12, Payment 23.74362% | 7100-000 | | 38.60 | 66,888.62 |
| 01/03/14 | 100010 | Illinois Bell Telephone Company<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921 | Claim 13, Payment 23.74570% | 7100-000 | | 224.81 | 66,663.81 |
| 01/03/14 | 100011 | Parallel Employment Group of Illinois Inc<br>Maggie Scherr<br>1126 S. 70th Street Suite S406A<br>West Allis, WI 53214 | Claim 14, Payment 23.74617% | 7100-000 | | 1,334.44 | 65,329.37 |
| 01/03/14 | 100012 | Ronald M. & Mary J. Clark<br>400 N. Raddant Rd.<br>Batavia, IL 60510 | Claim 15, Payment 23.74609% | 7100-000 | | 55,937.01 | 9,392.36 |
| 01/03/14 | 100013 | FedEx Tech Connect Inc as Assignee<br> of FedEx Express/Ground/Freight<br>3965 Airways Blvd, Module G, 3rd Floor<br>Memphis, Tennessee 38116 | Claim 2, Payment 23.74607% | 7100-000 | | 3,410.19 | 5,982.17 |
| 01/03/14 | 100014 | Diane and James Sullivan<br>1397 Spencer Lane<br>Batavia, IL 60510 | Claim 3, Payment 23.74614% | 7100-000 | | 3,215.28 | 2,766.89 |
| 01/03/14 | 100015 | McMaster-Carr Supply Company<br>POB 4355<br>Chicago, IL 60680 | Claim 4, Payment 23.74617% | 7100-000 | | 328.78 | 2,438.11 |
| 01/03/14 | 100016 | Airgas North Central<br>10 W 4th St<br>Waterloo, IA 50701 | Claim 5, Payment 23.74560% | 7100-000 | | 140.98 | 2,297.13 |
| 01/03/14 | 100017 | FedEx Trade Networks Transport & Brokerage<br>(Canada) Inc. | Claim 6, Payment 23.74583% | 7100-000 | | 313.87 | 1,983.26 |

Page Subtotals              0.00        64,943.96

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

Ver: 17.05c

Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-50961  -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | ADVANCED DISPLAYS IN PLASTIC, INC. | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9437  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0563 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/03/14 | 100018 | 7075 Ordan Drive, Mississauga, ON Canada L5T 1K6 Wessels Sherman Joerg Liszka Laverty Seneczko, PC Wessels Sherman 601 Carlson Parkway Suite 760 Minnetonka, MN 55305 | Claim 7, Payment 23.74667% | 7100-000 | | 142.48 | 1,840.78 |
| 01/03/14 | 100019 | Prairie State Packaging, Inc. 917 W. Wilson St., Box 511 Batavia, IL 60510 | Claim 8, Payment 23.74615% | 7100-000 | | 1,781.89 | 58.89 |
| 01/03/14 | 100020 | Blue Ribbon Fastener Co. 8220 Kimball Ave. Skokie, IL 60076 | Claim 9, Payment 23.74597% | 7100-000 | | 58.89 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | 98,691.30 | 98,691.30 | 0.00 |
| | Less:  Bank Transfers/CD's | | | 90,991.30 | 0.00 | |
| | Subtotal | | | 7,700.00 | 98,691.30 | |
| | Less:  Payments to Debtors | | | | 0.00 | |
| | Net | | | 7,700.00 | 98,691.30 | |

Page Subtotals          0.00          1,983.26

Ver: 17.05c

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2   Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 11-50961  -CAD |
| Case Name: | ADVANCED DISPLAYS IN PLASTIC, INC. |
| Taxpayer ID No: | *******0563 |
| For Period Ending: | 05/13/14 |

| | |
|---|---|
| Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******1053  GENERAL CHECKING |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/03/12 | 3 | Hubert North America Service, LLC<br>9555 Dry Fork Road<br>Harrison, OH  45030-1994 | Account Receivable | 1121-000 | 10,323.17 | | 10,323.17 |
| 02/03/12 | 1 | Advanced Displays in Plastic<br>PO Box 1166<br>Batavia, IL  60510 | Turnover of funds from checking account | 1129-000 | 69,457.48 | | 79,780.65 |
| 02/28/12 | 3 | LRM MANUFACTURING, INC.<br>d/b/a ADP Plastics, Inc.<br>7085 N. Ridgeway Avenue<br>Liincolnwood, IL  607012-2619 | Accounts receivable | 1121-000 | 985.21 | | 80,765.86 |
| 03/13/12 | 3 | The PNC Financial Services Group<br>Pittsburgh, PA  15222<br>Phone Number (888)762-2897 | Account Receivable | 1121-000 | 467.49 | | 81,233.35 |
| 03/20/12 | 3 | MMI DISPLAY GROUP, INC.<br>A Merchandising Methods Company<br>960 Dieckman St.<br>Woodstock, IL  60098 | Account Receivable | 1121-000 | 2,671.48 | | 83,904.83 |
| 03/30/12 | | Randal Displays Incorporated<br>507 N. Raddant Road<br>Batavia, IL 60510 | Accounts Receivable | 1121-000 | 336.96 | | 84,241.79 |
| 03/30/12 | 3 | Marson Art, Ltd.<br>621 E. Abe St.<br>Plano, IL 60545 | Accounts Receivable | 1121-000 | 588.29 | | 84,830.08 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 100.35 | 84,729.73 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 107.46 | 84,622.27 |
| 05/10/12 | 3 | Miller Mfg. Division<br>P.O. Box 1356<br>Richmond, VA 23218 | Accounts Receivable | 1121-000 | 5,169.45 | | 89,791.72 |
| 05/22/12 | 3 | Blitz Manufacturing C ompany, Inc. | Accounts Receivable | 1121-000 | 35.23 | | 89,826.95 |

Page Subtotals    90,034.76    207.81

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        11-50961  -CAD                              Trustee Name:       THOMAS E. SPRINGER, TRUSTEE
Case Name:      ADVANCED DISPLAYS IN PLASTIC, INC.          Bank Name:          BANK OF AMERICA
                                                            Account Number / CD #:   *******1053  GENERAL CHECKING

Taxpayer ID No:  *******0563
For Period Ending:  05/13/14                                Blanket Bond (per case limit):  $ 5,000,000.00
                                                            Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | P.O. Box 846 | | | | | |
| | | Jeffersonville, IN 47131-0846 | | | | | |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 110.88 | 89,716.07 |
| 06/19/12 | 001000 | ADP Plastics, Inc. | Check wrongly deposited | 1121-000 | -336.96 | | 89,379.11 |
| | | 7085 N. Ridgeway Avenue | Check was payable "ADP Plastics" and incorrectly | | | | |
| | | Lincolnwood, IL 60712 | sent to Trustee; invoices verified by Trustee as | | | | |
| | | | post-petition | | | | |
| 06/19/12 | 3 | Blitz Manufacturing Company, Inc. | Accounts Receivable | 1121-000 | 1,950.75 | | 91,329.86 |
| | | P.O. Box 846 | | | | | |
| | | Jeffersonville, IN 47131-0846 | | | | | |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 106.91 | 91,222.95 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 119.64 | 91,103.31 |
| 08/31/12 | | BANK OF AMERICA | BANK FEES | 2600-000 | | 112.01 | 90,991.30 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 90,991.30 | 0.00 |

|  | COLUMN TOTALS | 91,648.55 | 91,648.55 | 0.00 |
|---|---|---|---|---|
|  | Less:  Bank Transfers/CD's | 0.00 | 90,991.30 | |
|  | Subtotal | 91,648.55 | 657.25 | |
|  | Less:  Payments to Debtors | | 0.00 | |
|  | Net | 91,648.55 | 657.25 | |

|  | | NET | ACCOUNT |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| CHECKING ACCOUNT - *******9437 | 7,700.00 | 98,691.30 | 0.00 |
| GENERAL CHECKING - ********1053 | 91,648.55 | 657.25 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 99,348.55 | 99,348.55 | 0.00 |
| | ============ | ============ | ============ |

Page Subtotals                     1,613.79         91,440.74

Ver: 17.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 20)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    7

Exhibit 9

| Case No: | 11-50961  -CAD | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | ADVANCED DISPLAYS IN PLASTIC, INC. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******1053  GENERAL CHECKING |
| Taxpayer ID No: | *******0563 | | |
| For Period Ending: | 05/13/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 17.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*